

CHAMBERS OF
MARK A. BARNETT
CHIEF JUDGE

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

November 22, 2023

Via CM/ECF

    Re: *Greentech Energy Solutions, Inc., v. United States*
    Court No. 23-00118

Dear Counsel,

    The court has reviewed the parties' filings in connection with Defendant's ('the Government") motion to dismiss (Confidential ECF Nos. 15, 20, 24), including the exhibits attached thereto, and the Amended Complaint (Confidential ECF No. 11) and exhibits attached thereto.

    In order to ensure that the court has a complete factual record in the above-referenced matter, the court asks the Government to address the status of Plaintiff's ("Greentech") 19 entries in dispute between July 2019 and August 2021.  Based on the court's review of the record, it appears that Greentech entered the solar modules as "Type 01" entries and, thus, the court presumes no suspension of liquidation applied to the entries at the time of importation.  It also appears, from the Notice of Action, that U.S. Customs and Border Protection ("CBP") did not actively suspend liquidation of the entries until August 2021.  The court therefore requests the Government to clarify the status of the 19 entries during the two years prior to CBP's suspension of liquidation in August 2021 and whether the deemed liquidation provisions of 19 U.S.C. § 1504(a)(1) apply to the entries.

    The Government's response to the court's request is due on or before Monday, December 4, 2023.  Greentech may respond to the Government's filing no later than Thursday, December 14, 2023.

    Despite the informal nature of this letter, the clerk is instructed to docket it as an order of the court.

                                   Very truly yours,

                                   /s/     Mark A. Barnett
                                 Mark A. Barnett, Chief Judge