IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| GREENTECH ENERGY SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Court No. 23-00118 <br><br> PUBLIC VERSION |

**DEFENDANT'S RESPONSE TO COURT ORDER REGARDING
THE STATUS OF ENTRIES FROM JULY 2019 TO AUGUST 2021**

Pursuant to the Court's November 22, 2023 order, ECF No. 26, defendant, the United States, respectfully provides this response regarding the status of plaintiff's entries in dispute between July 2019 and August 2021. As explained in the attached declaration, U.S. Customs and Border Protection (CBP) extended the period of time in which to liquidate each of the entries pursuant to 19 U.S.C. § 1504(b). *See* Adujar Decl. ¶ 3 & Attachment. Thus, the deemed liquidation deadlines in 19 U.S.C. § 1504(a)(1) do not apply to the entries at issue in this case.

Generally, "{i}f Customs does not liquidate {an} entry within one year, the entry is 'deemed liquidated at the rate of duty, value, quantity, and amount of duties asserted by the importer of record' on its entry documentation." *Chemsol, LLC v. United States*, 755 F.3d 1345, 1349 (Fed. Cir. 2014) (quoting 19 U.S.C. § 1504(a)(1)). However, "{b}efore the elapse of the one-year liquidation period, . . . Customs 'may extend the period in which to liquidate an entry.'"

*Id.* (quoting 19 U.S.C. § 1504(b)).[1] "Customs may only extend the liquidation period three times, resulting in a total of four years from the date of entry within which Customs must liquidate the entries or they will be deemed liquidated." *Id.* (citing 19 U.S.C. § 1504(b); 19 C.F.R. § 159.12(e), (f)).[2] When CBP extends liquidation pursuant to 19 U.S.C. § 1504(b) and its implementing regulations in 19 C.F.R. § 159.12, the deadlines in 19 U.S.C. § 1504(a)(1) do not apply. *See* 19 U.S.C. § 1504(a)(1) (providing that this subsection applies "*[u]nless an entry of merchandise for consumption is extended under subsection (b) of this section* or suspended as required by statute or court order, except as provided in section 1675(a)(3) of this title" (emphasis added)).

In this case, CBP issued two extensions of liquidation for each of the 19 entries at issue in this case. The attached declaration details the dates on which each of the 19 entries were extended. *See* Adujar Decl. ¶ 3 & Attachment. Thus, during the two years prior to CBP's notice of action taken in August 2021, liquidation was extended for all 19 entries. Accordingly, the deemed liquidation provisions of 19 U.S.C. § 1504(a)(1) did not apply.

---

[1] An extension may be appropriate "if . . . the information needed for the proper appraisement or classification of the imported or withdrawn merchandise, . . . or for ensuring compliance with applicable law, is not available to [Customs].'" *Chemsol*, 755 F.3d at 1349 (quoting 19 U.S.C. § 1504(b)).

[2] *See also* U.S. Customs and Border Protection, *Business Rules and Process Document (Trade-External), Automated Commercial Environment (ACE), Entry Summary (Version 11.0)*, CBP Publication No. 3125-0323 (Mar. 2023) at § 9.3 (Extensions, Suspensions and Deemed Liquidations), available at https://www.cbp.gov/document/guides/ace-entry-summary-business-process. "When a CBP user extends an entry, ACE will add one year to the {liquidation period running from the} date of entry, regardless of the date the extension was added." CAMS #46611067, CBP ACE Messaging Service (Mar. 15, 2021), available at https://content.govdelivery.com/accounts/USDHSCBP/bulletins/2c73a7b.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| OF COUNSEL: | |
| SPENCER NEFF<br>Attorney<br>U.S. Department of Commerce<br>Office of Chief Counsel for Trade<br>Enforcement & Compliance | PATRICIA M. McCARTHY<br>Director<br><br>*/s/* Reginald T. Blades, Jr.<br>REGINALD T. BLADES, JR.<br>Assistant Director |
| ALEXANDRA KHREBTUKOVA<br>Senior Attorney<br>U.S. Customs and Border Protection<br>Office of the Chief Counsel<br>International Trade Litigation | */s/* Emma E. Bond<br>EMMA E. BOND<br>U.S. Department of Justice<br>Commercial Litigation Branch - Civil Division<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 305-2034 |
| December 4, 2023 | *Attorneys for Defendant* |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Chambers Procedures 2(B)(1) and (2), I hereby certify that the attached DEFENDANT'S RESPONSE TO COURT ORDER REGARDING THE STATUS OF ENTRIES FROM JULY 2019 TO AUGUST 2021 contains 598 words, according to the word-count function of the word processing system used to prepare this brief (Microsoft Office for Microsoft 365).

Dated: December 4, 2023     /s/ Emma E. Bond
                            Emma E. Bond

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GREENTECH ENERGY SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | PUBLIC VERSION <br><br> Before: Mark A. Barnett, Chief Judge <br> Court No. 23-00118 |

**DECLARATION OF MARIE ANDUJAR**

I, Marie Andujar, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me in the course of my employment, hereby make the following declaration with respect to the above-captioned matter:

1. I am a Supervisory Import Specialist in Office of Field Operations for U.S. Customs and Border Protection ("CBP"). I have held this position since August 13, 2023. Before becoming a supervisor, I served as an Import Specialist for CBP from June 24, 2007 until August 12, 2023.

2. As Supervisory Import Specialist, among my other responsibilities and consistent with the delegation of authority to me from the Center Director of CBP's Electronics Center of Excellence and Expertise, I am trained and authorized to review in the Automated Commercial Environment ("ACE") – CBP's system of record for, among other things, the liquidation of entries of imported merchandise – CBP's electronic liquidation records for entries of imported merchandise.

3. For the nineteen entries identified in Attachment A to this declaration, ACE records reflect that CBP extended the liquidation period for each entry, and provided notice to the importer of record, on the respective dates identified in Attachment A.

**MARIE L ANDUJAR**
Digitally signed by MARIE L ANDUJAR
Date: 2023.11.29 15:54:14 -05'00'

Marie Andujar
Supervisory Import Specialist
U.S. Customs and Border Protection

**ATTACHMENT A**

**NOT CABABLE OF SUMMARY**