UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| GREENTECH ENERGY SOLUTIONS, INC.,<br><br>                  Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br><br>                  Defendant. | Court No. 23-00118 |

## CONSENT MOTION TO WITHDRAW

Pursuant to USCIT Rule 75(d), the undersigned respectfully moves to withdraw as counsel to Plaintiff Greentech Energy Solutions, Inc. ("Greentech") in the above-captioned action. Greentech will continue to be represented by Mark B. Lehnardt of the Law Offices of David L. Simon who has served as lead counsel from the outset of this litigation. On September 11, 2023, the undersigned entered a limited appearance for the purpose of assisting Greentech's lead counsel. That assistance has been completed and the undersigned is starting new employment and will no longer be able to assist Greentech's lead counsel in this matter. Consequently, the undersigned seeks the Court's permission to withdraw its limited appearance in this action.

Pursuant to USCIT Rule 7(b), counsel has consulted with the parties to this action regarding this motion. On January 29, 2024, Mark B. Lehnardt, counsel for Greentech, consented to the motion via email. On January 29, 2024, Emma E. Bond, counsel for Defendant, consented to the motion via email.

WHEREFORE, the undersigned respectfully requests that this Court grant its motion to withdraw as counsel in the above-captioned action.

A proposed Order is attached.

        Respectfully submitted,

        <u>/s/ Frank Morgan</u>
        Frank Morgan
        TRADE LAW DEFENSE PLLC
        218 North Lee Street, Third Floor
        Alexandria, VA 22314
        (703) 493-0188
        Counsel to Greentech

Date:  January 30, 2024